**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **SERGIO ZARATE CONTRERAS,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-2389-KC** |
| | § | |
| **WARDEN, ERO EL PASO CAMP EAST MONTANA, et al.,** | § | |
| | § | |
| | § | |
| **Respondents.** | § | |

**FINAL JUDGMENT**

On this day, the Court considered Sergio Zarate Contreras' Petition for a Writ of Habeas Corpus, ECF No. 1. On October 1, 2026, the Court ordered Respondents by no later than October 8, 2026, to either (1) provide Zarate Contreras with a bond hearing before an immigration judge ("IJ"), or (2) release him from custody under reasonable conditions of supervision. Oct. 1, 2026, Order 4, ECF No. 6. Respondents now inform the Court that, on October 6, 2026, an IJ denied bond, finding Zarate Contreras to be a flight risk. Status Report, ECF No. 7; *see id*. Ex. A ("IJ Order"), ECF No. 7-1.

Therefore, it appears that that no matters remain pending for the Court's consideration. *See generally* Pet.; Oct. 1, 2026, Order. Accordingly, **the Clerk shall close the case**.

**SO ORDERED**.

**SIGNED this 9th day of October, 2026.**

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE